r

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IAN VICKREY,

Plaintiff,

v.

JEFF MACOMBER,

Defendant.

Case No. 5:24-cv-09428-EKL

**ORDER LIFTING STAY**

Re: ECF No. 14

This Court previously stayed this action while Petitioner Ian Vickrey, a state prisoner, pursued his remedies in state court. Petitioner now seeks to lift the stay on his petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Additionally, Petitioner seeks to amend his habeas petition to add a sixth basis for relief.

Petitioner first filed his habeas petition on December 27, 2024. ECF No. 1. His habeas petition raised five challenges to his 2021 felony conviction by the Contra Costa County Superior Court. *Id.* On February 11, 2025, Petitioner moved to stay his habeas petition so he could pursue a defense not raised at trial in state court. ECF No. 8. On April 17, 2025, the Court granted Petitioner's motion to stay the habeas petition. ECF No. 13.

On March 9, 2026, Petitioner requested that the stay on his habeas petition be lifted because Petitioner had exhausted his state court remedies. ECF No. 14. Petitioner indicated that on August 25, 2025, he filed a habeas petition before the Contra Costa Superior Court. ECF No. 14 at 5. Petitioner's state habeas petition was denied by the Contra Costa Superior Court, and the denial was affirmed by the First District Court of Appeal and the Supreme Court of California. *Id.* at 3, 4. Respondent does not oppose Petitioner's motion to lift the stay. ECF No. 17.

In addition to requesting that the stay be lifted, Petitioner seeks to amend his habeas

United States District Court
Northern District of California

petition to add a sixth basis of relief, specifically that Petitioner's trial counsel failed to raise a potential defense, which Petitioner believes to have been ineffective assistance of counsel. *Id.*

Petitioner's request to lift the stay is GRANTED.

The parties are ORDERED to meet and confer and, by **August 26, 2026**, file a joint case management statement and a proposed schedule, including the date to file an amended petition and any related briefing.

**IT IS SO ORDERED.**

Dated: August 4, 2026

Eumi K. Lee
United States District Judge